JAIME ZAPATA # 32887-013
FEDERAL CORRECTIONAL INSTITUTION
9595 W. QUINCY AVENUE
LITTLETON CO. 80123.

UNITED STATES COURT OF APPEALS FOR THE
TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> RESPONDENT ) <br> ) <br> V ) <br> ) <br> JAIME ZAPATA ) <br> PETITIONER ) | CRIMINAL CASE# 1:04 -cr-<br>00403-LTR<br><br>MOTION FOR ENBANC |

**COMES NOW PETITIONER (JAIME ZAPATA ) Pro Se,** requesting this Honorable Court to accept this motion and grant petitioner the opportunity to be heard and allow him to have a Re-Hearing.

On or around September 11, 2008 this Honorable Court of Appeal file a ruling on petitioner's appeal.

Petitioner Zapata pray that this Honorable Court grant petitioner an EnBanc and allow the truth to comeforward also petitioner pray that this Honorable Court Grant him a Counsel that would help him in the process on this case.

The Appellant in this case, hereby moves this Court to appoint an attorney for him on this appeal, pursuant to 18 U.S.C. § 3006 (a)(1)

In Support of this motion, appellant states:

1. This is an EnBanc Re-hearing from a criminal conviction Appellant was convicted in this case following a jury trial before the Honorable Judge Lewis T. Babcock Chief District Court Judge on December 14, 2006.

Appellant was sentenced to **292** months and is now incarcerated at the Federal Correctional Institution in the City of Colorado.

Appellant a timely file a timely appeal and it was **AFFIRMED** by this Honorable Court of Appeals on or around September 11, 2008.

Petitioner would like to file EnBanc but as per **his** counsel he cannot longer represent him on this EnBanc for all these Appellant is requesting this Honorable Court to Grant him a Counsel that would help him in the process of his case.

Petitioner Zapata is an indigent and does not have the funds to retain an attorney. Counsel was initially appointed by the Court of Appeals.

Appellant's district court arranged for retained counsel for trial neither appellant nor his family have funds to retain an attorney for this appeal.

For all these reasons appellant, respectfully requests that the Court appoint counsel for **his** EnBanc and Grant a Re-Hearing.

**RESPECTFULLY SUBMITTED ON THIS** $\partial\partial$ **DAY OF SEPTEMBER, 2008**

JAIME ZAPATA # 32881-013
FEDERAL CORRECTIONAL INSTITUTION
9595 W QUINCY AVENUE
LITTLETON, CO. 80123

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFIED THAT I JAIME ZAPATA DEPOSIT THIS ENBANC MOTION ON A FEDERAL CORRECTIONAL INSTITUTION MAILBOX IN THE CITY OF COLORADO, ON THIS _____ DAY OF SEPTEMBER, 2008

JAIME ZAPATA #32887-013
FEDERAL CORRRECTIONAL INSTITUTION
9595 W QUINCY AVENUE
LITTLETON CO. 80123