# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

October 31, 2008

Douglas E. Cressler
Chief Deputy Clerk

To all counsel of record

**RE:**     06-1541, 07-1001, United States v. Zapata (Arnoldo)
         Dist/Ag docket: 04-CR-403-LTB

Dear Counsel:

Enclosed is a copy of the amended opinion of the court in the captioned case. Please contact this office if you have questions.

                                    Sincerely,

                                    *Elisabeth A. Shumaker*

                                    Elisabeth A. Shumaker
                                    Clerk of the Court

EAS/klp